IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARBARA J. COOPER,
LAJOY COOPER                                                                                PLAINTIFFS

v.                                           4:10CV01974 JMM

CHARLIE ALEXANDER,
GREYHOUND LINES, INC.,
BEKIR OSMICEVIC and
MCR TRANS, INC.                                                                           DEFENDANTS

## ORDER

Pending is the agreed motion to transfer this action to the United States District Court for the Middle District of Tennessee at Nashville. (Docket # 13). For good cause shown, and in the interests of justice the motion is GRANTED.

This case arises out of a motor vehicle accident involving a Greyhound Lines, Inc. bus and an MCR Trans, Inc. tractor-trailer that occurred on March 14, 2010. On July 6, 2010 Travis L. McCullough, filed the first suit arising from this accident in the United States District Court for the Middle District of Tennessee at Nashville. Venue would be proper in Tennessee, as defendants are subject to personal jurisdiction in that district and are currently defending the above action relating to the same collision. See 28 U.S.C. § 1404(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Middle District of Tennessee at Nashville.

IT IS SO ORDERED this 13th day of April, 2011.

---

[1] "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

_____
James M. Moody
United States District Judge